· 449. GIRARDEAU *v.* CITY OF ATLANTA.

POWELL, J.  One who, by virtue of a contract with a firm of general in-
surance agents, solicits insurance for their office, and for their office
alone, and who receives for his compensation a portion of the commis-
sions paid by the insurance companies on the business so solicited, and
who does not otherwise engage in any insurance business, is not an
insurance broker.                      *Judgment reversed.*

Certiorari, from Fulton superior court—Judge Pendleton. April 9, 1907.

Submitted May 27,—Decided June 26, 1907.

*Reuben A. Arnold, J. B. Ridley,* for plaintiff in error.
*James L. Mayson, William P. Hill,* contra.